UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  MAGISTRATE NO.: __14-9025__

V.  :  CRIMINAL ACTION

__LORETTA BADER__  :  ORDER OF RELEASE

The Court orders the defendant, __LORETTA BADER__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

__[signature]__  __2/6/14__
DEFENDANT                   DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

__[signature]__
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__2/6/14__
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

__[signature]__
U.S. PRETRIAL SERVICES OFFICER